UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:05CR277-T |
| ) | |
| vs. ) | WRIT OF HABEAS CORPUS |
| ) | AD PROSEQUENDUM |
| **ROBERT ROYAL** ) | |

aka George Robert
DOB: 7/13/68, B/M

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, NC
TO: Barnwell County Jail, Sheriff Ed Carroll, P.O. Box 384, Barnwell, SC 29812-0384
(803) 541-1186, (803) 541-1078

GREETING:

IT IS ORDERED that you have the body of **ROBERT ROYAL**, now detained in the Barnwell County Jail, Barnwell, South Carolina, under safe and secure conduct before the Honorable Lacy Thornburg of the United States District Court in and for the Western District of North Carolina, at the courtroom in the City of **Statesville**, North Carolina, FORTHWITH, (on or before **January 31, 2006** at **9:30** am) for Trial before the Court on charges pending against the defendant.

It is further ORDERED that immediately after the said case shall have been disposed of, the defendant be returned to the Barnwell County Jail, Barnwell, South Carolina, under safe and secure conduct, and have you then and there this writ.

Witness the Honorable David Keesler, United States Magistrate Judge for the Western District of North Carolina at Charlotte, North Carolina, and the Seal of this Court, this 11th day of January, 2006.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE